# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 26-1053**                                  **September Term, 2025**

**EPA-91FR1910**

**Filed On: April 24, 2026**

American Petroleum Institute,

       Petitioner

    v.

Environmental Protection Agency,

       Respondent

-----------------------------

Consolidated with 26-1055

### O R D E R

Upon consideration of the unopposed joint motion to sever case No. 26-1053 and hold in abeyance, and the unopposed motion of public interest petitioners for extension of time to file procedural motions, it is

**ORDERED** that the motion to sever be granted.  No. 26-1053 is hereby severed from No. 26-1055.  It is

**FURTHER ORDERED** that No. 26-1053 be held in abeyance pending further order of the court.  The parties are directed to file motions to govern further proceedings in No. 26-1053 by October 23, 2026.  It is

**FURTHER ORDERED** that the following revised schedule will now apply in No. 26-1055:

| | |
|---|---|
| Petitioners and Respondents: Procedural Motions, if any | May 5, 2026 |

           **FOR THE COURT:**
           Clifton B. Cislak, Clerk

    BY:    /s/
           Elbert Lestrade
           Deputy Clerk