# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 26-1055**                    **September Term, 2025**

**EPA-91FR1910**

**Filed On:** July 20, 2026

Sierra Club, et al.,

       Petitioners

     v.

Environmental Protection Agency and Lee M.
Zeldin, Administrator, U.S. Environmental
Protection Agency,

       Respondents

------------------------------

American Petroleum Institute, et al.,
       Intervenors


**BEFORE:**   Henderson and Wilkins, Circuit Judges

## O R D E R

Upon consideration of the motion to hold in abeyance, the opposition thereto, and the reply, it is

**ORDERED** that this case be held in abeyance pending further order of the court. The parties are directed to file motions to govern further proceedings by November 5, 2026.

## Per Curiam